458 A.2d 261

Newell, et al. v. Cable, et al., Appellants.

Petition for Allowance of Appeal
Denied June 21, 1983.

Argued January 13, 1982. Christ C. Walthour, for appellants; Thomas P. Ruane, for appellees.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment affirmed.